TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
SCOTT BLAKE MILLER

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00433-KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SCOTT BLAKE MILLER, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from April 21, 2011 to May 26, 2011 at 10:00 a.m.  It is further stipulated that time should be excluded and that there is good cause for said continuance to accommodate conflicts arising from defense counsel's personal and trial schedules and for continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and  (B)(iv), Local Codes T-2 and T -4.

//

//

1    Dated: April 19, 2011

2

3                                  _____/s/ Ted W. Cassman_____

                                   TED W. CASSMAN,

4                                    Attorney for Defendant

                                   SCOTT BLAKE MILLER

5

6    Dated: April 19, 2011

7

8

9                                    _____/s/ Michael Beckwith_____

                                   MICHAEL BECKWITH,

                                   Assistant United States Attorney

10

11

12                          ORDER

13         For the reasons stated above, the status conference in this matter,

14 currently set for April 21, 2011, is continued to May 26,2011; and the time beginning,

15 April 21, 2011, and extending through May 26, 2011, is excluded from the calculation of

16 time under the Speedy Trial Act for effective defense preparation. The Court finds that

17 interests of justice served by granting this continuance outweigh the best interests of the

18 public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A) and  (B)(iv), Local

19 Codes T-2 and T -4.

20 Dated:  April 20, 2011.

21

22                                    _____

23               UNITED STATES DISTRICT JUDGE

24

25

26