1 TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
2 803 Hearst Avenue
Berkeley, CA 94710
3 Telephone: (510) 845-3000

4 Attorneys for Defendant
SCOTT BLAKE MILLER

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00433 KJM |
| Plaintiff, | REVISED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SCOTT BLAKE MILLER, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from July 28, 2011 to August 25, 2011 at 10:00 a.m.  It is further stipulated that time should be excluded and that there is good cause for said continuance to accommodate conflicts arising from defense counsel's personal and trial schedules and for continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and  (B)(iv), Local Codes T-2 and T-4.

//

//

Dated: July 26, 2011

        /s/ Ted W. Cassman
TED W. CASSMAN,
Attorney for Defendant
SCOTT BLAKE MILLER

Dated: July 26, 2011

        /s/ Michael Beckwith
MICHAEL BECKWITH,
Assistant United States Attorney

ORDER

For the reasons stated above, the status conference in this matter, currently set for July 28, 2011, is continued to August 25, 2011 at 10:00 a.m.; and the time beginning July 28, 2011, and extending through August 25, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Codes T-2 and T-4.

Dated: July 27, 2011.

        _____
UNITED STATES DISTRICT JUDGE