1  TED W. CASSMAN
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone: (510) 845-3000

4  Attorneys for Defendant
   SCOTT BLAKE MILLER

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-0433-KJM |
| Plaintiff, | REQUEST AND [PROPOSED] ORDER TO EXONERATE BOND AND TO RECONVEY REAL PROPERTY |
| vs. | |
| SCOTT BLAKE MILLER, | |
| Defendant. | |

Based upon the confirmation that Defendant Scott Blake Miller has surrendered to the Bureau of Prisons to commence serving his sentence (Dkt #111), it is hereby requested that his appearance be exonerated and that deed of trust posted with the Clerk of this Court to secure that bond be re-conveyed forthwith.

Dated: March 19, 2013

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　TED W. CASSMAN,
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　SCOTT BLAKE MILLER

1

1 ORDER

2      Good cause appearing, it is so ordered.

3 DATED: March 21, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
miller0433.ord.re.exonerate.bond,