TED W. CASSMAN  
ARGUEDAS, CASSMAN & HEADLEY, LLP  
803 Hearst Avenue  
Berkeley, CA 94710  
Telephone: (510) 845-3000  

Attorneys for Defendant  
SCOTT BLAKE MILLER  

IN THE DISTRICT COURT OF THE UNITED STATES  

FOR THE EASTERN DISTRICT OF CALIFORNIA  

SACRAMENTO DIVISION  

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-0433 |
| Plaintiff, | |
| vs. | ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SCOTT BLAKE MILLER, | |
| Defendant. | |

Upon the unopposed motion of Defendant Scott Miller and good cause appearing therefor, the Court finds that Mr. Miller has demonstrated by his conduct that early termination of supervised release is in the interest of justice and orders that the term of supervised release previously imposed by the Court is hereby terminated effective immediately pursuant to 18 U.S.C. § §§ 3583(e)(1).

Dated: November 9, 2015

_____  
UNITED STATES DISTRICT JUDGE